# DECISIONS IN CASES NOT REPORTED.

## SECOND DEPARTMENT, SEPTEMBER TERM, 1888.

The New York Rubber Company, Appellant, v. John Rothery and another, Respondents.— Order affirmed, with costs and disbursements.

John Hennessy v. Ellen Wade. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

## FIFTH DEPARTMENT, OCTOBER TERM, 1888.

Preston J. Dorchester, Respondent, v. Edward G. Dorchester and another, Appellants. — Judgment reversed and new trial ordered before another referee, costs of this appeal to abide event. *Per Curiam* opinion left with Dwight, J.

Frank C. Vinton, as Supervisor of the Town of Persia, Appellant, v. The Board of Supervisors of Cattaraugus County, Respondent. — Judgment reversed and new trial granted, costs to abide the event. Opinion by Dwight, J.

The People of the State of New York *ex rel.* Edwin K. Burnham. as Supervisor, etc , v. The Board of Supervisors of Wayne County.— Writ of *certiorari* granted, without costs to either party.

The People of the State of New York *ex rel.* John P. Bennett, as Supervisor, etc., v. Same.— Same order.

The People of the State of New York *ex rel.* Alexander Graham, as Supervisor, etc., v. Same.— Same order.

Charles Williams, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order reversed, and new trial ordered ; costs to abide event. *Per Curiam* opinion left with Dwight, J.

The Merchants' Bank of Rochester and others, Respondents, v. Ignatz Thalheimer and others, Appellants. — Judgment reversed and new trial ordered ; costs to abide final award of costs. Opinion by Haight, J., Barker, P. J., not sitting.

William E. Hobby, as Administrator, etc., Respondent, v. John Elliot and another, Appellants.— Judgment affirmed. Barker, J., not sitting.

Carrie E. Clark, Respondent, v. The Rochester City and Brighton Railroad Company, Appellant. — Judgment reversed and new trial granted before another referee ; costs to abide event. Opinion by Barker, J.

Richard Putnam, Respondent, v. Alphonso Mathewson and another, Appellants.— Judgment reversed and new trial granted before another referee; costs to abide event. Opinion by Bradley, J.

Miranda Peart, Respondent, v. James Peart, as Executor, etc., and others, Appellants.—Order reversed, and motion granted as indicated in the opinion, with ten dollars costs and disbursements. Opinion by Haight, J.

Frederick Kucklo, Appellant, v. John Kleis, Respondent. — Order reversed, without costs. Opinion by Dwight, J.

The Citizens' National Bank of Hornellsville, Appellant, v. Leroy Riddell and another, as Administrators, etc., Respondents.—Judgment affirmed, with costs. Opinion by Haight, J.

Edward P. Stuart, as Trustee, etc., Respondent, v. Russell C. Bates and another, as Executors, etc., Appellants. — Judgment affirmed, with costs.

Holmes, Booth & Hayden, Respondents, v. James Rodgers, Appellant. — Both orders affirmed, with ten dollars costs and disbursements. Opinion by Barker, P J.

Mary Kegney, Respondent, v. Anna M. Ovens, Appellant.—Judgment and order reversed and new trial ordered ; costs to abide event. Opinion by Haight, J.

True D. Matson, Respondent, v. Justin Blossom, Appellant, impleaded, etc. — Judgment and order reversed, and new trial granted ; costs to abide event. Opinion by Bradley, J.

Cordelia A. Van Dusen, Respondent, v. Sarah Wilcox, Appellant. — Judgment and order reversed and new trial ordered ; costs to abide event. Mem. by Dwight, J.

Isaac Fenno and others, Appellants, v. John W. Hannan, as Sheriff, etc., and others, Respondents. — Order affirmed, with costs of this appeal to the respondent, to abide event. Opinion by Barker, J.

Herman Grossman and another, Respondents, v. Lyman M. Baker, Appellant. — Judgment affirmed.

Isabella Duncan, Respondent, v. The City of Buffalo, Appellant. — Judgment and order reversed, and new trial granted; costs to abide event Opinion by Bradley, J.

James G. Doty, as Trustee, etc., Respondent, v. Joseph Stanton, as sole surviving Administrator, etc., Appellant.—Judgment reversed; and new trial granted before another referee; costs to abide event. Opinion by Dwight, J.

Susan Curtis and another, Executrix, etc., Respondents, v. Moses Hart and others, Appellants.— Judgment affirmed, with costs. Opinion by Barker, J.

Lyman F. Hurlburt and another, as Administrators, etc., Plaintiffs, v. Ella A. Hurlburt, as Administratrix, etc., Defendant. — Motion for a new trial denied, and judgment ordered for the defendant upon the verdict. Opinion by Haight, J., Dwight, J., not sitting.

Napoleon B. Sanford, Appellant, v. John Shafer, Respondent. — Judgment of the County Court and that of the justice reversed. Opinion by Dwight, J., Bradley, J., not voting.

Laurin R. Bennett and another, Respondent, v. The Western Union Telegraph Company, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dwight, J.

Delos Penny, Respondent, v. Susanna Huebener, Appellant.—Judgment affirmed. Opinion by Barker, P. J

In the Matter of Proving the Alleged Last Will and Testament of Jane Anderson, deceased.— Decree affirmed with costs. Opinion by Haight, J.; Barker, P. J., not voting.

George C. Wheeler, Respondent, v. Horace B. Wheeler, Appellant. — Judgment modified as indicated in the opinion, and as so modified affirmed, without costs of the appeal to either party. Opinion by Barker, P. J.

Same v. Same.—Judgment modified as indicated in the opinion, and as so modified affirmed